UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

           Plaintiff,

      -v.-

$233,030.00 IN UNITED STATES CURRENCY,

           Defendant-*in-rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JUDGMENT OF FORFEITURE

22 Civ. 2372 (LJL)

      WHEREAS, on or about March 23, 2022, the United States commenced an *in-rem* forfeiture action seeking the forfeiture of the above-captioned Defendant-*in-rem* by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint").  The Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A) and Title 21, United States Code, Section 881(a)(6);

      WHEREAS, on or about March 24, 2022, notice of the Verified Complaint against the Defendant-*in-rem* was sent to Richard Adame, CPA, acting on behalf of Julian Valencia;

      WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on March 25, 2022 through April 23, 2022, and proof of such publication was filed with the Clerk of this Court on May 25, 2022, (D.E. 3);

      WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the published notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to

adjudicate the validity of their alleged legal interest in the Defendant-*in-rem* within sixty days from the first day of publication of the Notice on the official government internet site; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant-*in-rem* shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendant-*in-rem* according to law.

Dated: New York, New York
       May 26, 2022

SO ORDERED:

_____
THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE